# BORRELLI & ASSOCIATES
## ———— P.L.L.C. ————

www.employmentlawyernewyork.com

| | |
|---|---|
| 910 Franklin Avenue | 655 Third Avenue |
| Suite 205 | Suite 1821 |
| Garden City, NY 11530 | New York, NY 10017 |
| Tel. No. 516.248.5550 | Tel. No. 212.679.5000 |
| Fax No. 516.248.6027 | Fax No. 212.679.5005 |

May 14, 2026

*Via ECF*

**MEMO ENDORSED**

The Honorable Sidney H. Stein
United States District Judge for the
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

      Re:    *Hector Porro v. Z Gourmet Deli Corp., et al.,*
              *Case No. 1: 26-cv-01335-SHS*

Dear Judge Stein:

As Your Honor may know, this firm is counsel to named-Plaintiff Hector Porro in the above-referenced collective and putative class wage and hour matter filed against Defendants Z Gourmet Deli Corp. and Abdulaziz Alghazali, individually. We write requesting leave to amend the complaint and thus, an adjournment of the initial conference *sine die* currently scheduled for May 18, 2026.

The reason for this request is that the Defendants have not answered the complaint and are in default. As such, prior to moving for default, Plaintiff must amend the complaint to remove the class and collective allegations. Upon doing so, Plaintiff must then serve the Defendants with the Amended Complaint and should the Defendants ignore proper service again, Plaintiffs will request a certificate of default and move for default judgment. Plaintiffs request thirty days to amend the complaint.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

Michael J. Borrelli, Esq.
*For the Firm*

To: All Parties *via* ECF

**The last day for plaintiff to amend the complaint is June 18, 2026, at 11:00 a.m. The conference is adjourned *sine die.***

**Dated: New York, New York**
**May 14, 2026**

*SO ORDERED:*

Sidney H. Stein, U.S.D.J.